UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOD MICHAEL SCHLESINGER, et al.,

Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 15-cv-04553-MEJ

**ORDER TO SHOW CAUSE**

This case is set for a Case Management Conference on January 14, 2016. Dkt. No. 15. Although Defendant Wells Fargo Bank filed a timely separate case management statement (Dkt. No. 17), Plaintiffs Tod Michael and Sean David Schlesinger have not done the same. Further, Defendant's counsel attests he "made reasonable efforts to obtain the cooperation of Mr. William Gilg, counsel for Plaintiffs, in preparing a Joint Case Management Statement," but "Plaintiffs' counsel did not participate in the preparation of a Joint Case Management Statement." Wraight Decl. ¶ 2, Dkt. No. 18.

Accordingly, the Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by January 15, 2016. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 28, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiffs that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above. The January 14 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge